IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES RAY ANDERSON,                     )
                                        )
        Plaintiffs,                     )
                                        )       No. 3:10-1184
v.                                      )       JUDGE HAYNES
                                        )
DICKSON COUNTY SHERIFF'S                )
DEPARTMENT et al.,                      )
                                        )
        Defendant.                      )

## O R D E R

The Court has been advised by counsel that all remaining matters and things in

controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within

sixty (60) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the *17* day of September, 2012.


WILLIAM J. HAYNES, JR.
Chief United States District Judge