IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES RAY ANDERSON, | ) |
| Plaintiffs, | ) ) ) |
| | ) No. 3:10-1184 |
| v. | ) JUDGE HAYNES |
| | ) |
| DICKSON COUNTY SHERIFF'S DEPARTMENT et al., | ) ) ) |
| Defendant. | ) ) |

## ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the 17th day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge